FILED
2007 Dec-10  PM 03:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALAN BEESLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-PWG-839-S |
| | ) |
| MR. GONALES, DIRECTOR OF F.B.I., et al., | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

On October 31, 2007 the Magistrate Judge's Findings and Recommendation was filed recommending that this action be dismissed as it fails to state a claim on which relief may be granted.  On November 6, 2007 Mr. Beesley's copy of the findings and recommendation was returned by the postal service.  On November 8, 2007 the magistrate judge entered an order directing the clerk to mail another copy of the findings and recommendation to Mr. Beesley at another address. The court's November 8, 2007 order was also returned by the postal service.  No objections have been filed by either the plaintiff or defendants pursuant to Rule 72(b), *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendations are ACCEPTED.  Accordingly, this action is due to be dismissed as it fails to state a claim on which relief may be granted.  A Final Judgment will be entered.

Done this <u>10th</u> day of <u>December 2007</u>.

L. SCOTT COOGLER<br>
UNITED STATES DISTRICT JUDGE<br>
124153