IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| ALAN BEESLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-PWG-839-S |
| | ) |
| MR. GONALES, DIRECTOR OF F.B.I., et al., | ) |
| | ) |
| Defendants. | ) |

FINAL JUDGMENT

In accordance with the Memorandum of Opinion entered contemporaneously herewith and with Rule 58, *Federal Rules of Civil Procedure*, it is hereby ORDERED, ADJUDGED, and DECREED that this action is DISMISSED as it fails to state a claim on which relief may be granted.

Plaintiff is referred to Rules 3 and 4, *Federal Rules of Appellate Procedure*.

Done this <u>10th</u> day of <u>December 2007</u>.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153